THE PEOPLE OF THE STATE OF NEW YORK ex rel. PATRICK COX, Appellant, *v.* FRANCIS V. GREENE, as Police Commissioner of the City of New York, Respondent.

*People ex rel. Cox* v. *Greene,* 89 App. Div. 613, affirmed.
(Submitted April 26, 1904; decided May 10, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made December 11, 1903, which dismissed a writ of certiorari to review the proceedings of the defendant in dismissing the relator from the police force of the city of New York and affirmed such proceedings.

*Charles L. Hoffman* and *Henry A. Friedman* for appellant.

*John J. Delany, Corporation Counsel (Theodore Connoly* and *Terence Farley* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.